Michael S. Danko (State Bar No. 111359
Email: mdanko@dankolaw.com
Claire Y. Choo (State Bar No. 252723)
Email: cchoo@dankolaw.com
**DANKO MEREDITH, APC**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, CA 94065
Tel: 650-453-3600
Fax: 650-394-8672

Stuart R. Fraenkel (State Bar No. 173991)
Email: stuart@nflawfirm.com
Carlos F. Llinás Negret (State Bar No. 284746)
Email: cllinas@nflawfirm.com
Nicole C. Andersen (State Bar No. 281218)
Email: nandersen@nflawfirm.com
**NELSON & FRAENKEL LLP**
707 Wilshire Boulevard, Suite 3600
Los Angeles, CA 90017
Tel.: 213-622-6469
Fax: 213-622-6019

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### IN ADMIRALTY

| | |
|---|---|
| ESRA SEVER, individually, and as parent and natural guardian of her minor children, A.S. and B.S., et al.<br><br>Plaintiffs,<br>v.<br><br>ICON AIRCRAFT, INC.; et al.<br><br>Defendants.<br>_____ | Case No. 4:18-cv-00584-HSG<br><br>**ORDER**<br><br>Judge Haywood S Gilliam, Jr.<br>United States District Judge |

The Court, having considered Plaintiffs' Request to Continue Dates, and for good cause appearing:

IT IS ORDERED that the Court will continue the following deadlines and dates as notes below:

**June 16, 2018**: Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; Last day to file ADR Certification signed by Parties and Counsel; Last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference;

**June 29, 2018**: Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re. Contents of Joint Case Management Statement;

**July 17, 2018 at 2:00 p.m.**: Initial Case Management Conference.

DATED this 2nd day of April, 2018.

Hon. Haywood S Gilliam, Jr.
United States District Judge