# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESRA SEVER, et al., )<br><br>Plaintiff(s), )<br><br>v. )<br><br>ICON AIRCRAFT, INC., et al. )<br><br>Defendant(s). ) | Case No: 18-cv-00584<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, David J. Harrington, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: ICON Aircraft, Inc. in the above-entitled action. My local co-counsel in this case is Scott D. Cunningham, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 7 Times Square, 18th Floor<br>New York, New York 10036 | 1901 Avenue of the Stars, Suite 850<br>Los Angeles, California 90067 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 894-6700 | (310) 557-2030 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| dharrington@condonlaw.com | scunningham@condonlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: DH2184.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/01/18

David J. Harrington
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of David J. Harrington is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/2/2018

Haywood S. Gill, Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, <u>Ruby J. Krajick,</u> Clerk of this Court, certify that

<u>    **DAVID J. HARRINGTON**    </u>, Bar # <u>  **DH2184**  </u>

was duly admitted to practice in this Court on

<u>  **MAY 8, 2001**  </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>    on    <u>**MARCH 6, 2018**</u>

<u>  Ruby J. Krajick  </u>    by    <u>  *[signature]*  </u>
Clerk                                     Deputy Clerk