Michael S. Danko (State Bar No. 111359)
Claire Y. Choo (State Bar No. 252723)
**DANKO MEREDITH, APC**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, CA 94065
Tel: 650-453-3600
Fax: 650-394-8672
Email: mdanko@dankolaw.com

Stuart R. Fraenkel (State Bar No. 173991)
Carlos F. Llinás Negret (State Bar No. 284746)
Nicole C. Andersen (State Bar No. 281218)
**NELSON & FRAENKEL LLP**
707 Wilshire Boulevard, Suite 3600
Los Angeles, CA 90017
Tel.: 213-622-6469
Fax: 213-622-6019
Email: stuart@nflawfirm.com

*Attorneys for Plaintiffs ESRA SEVER,* individually, and as parent and natural guardian of her minor children, A.S. and B.S.; *ESRA SEVER,* Personal Representative of the Estate Ahmet Cagri Sever, deceased; A.S., a minor, individually and as Successor-in-Interest to the Estate of Ahmet Cagri Sever, deceased, by her Guardian ad Litem Esra Sever; and B.S., a minor, individually and as Successor-in-Interest to the Estate of Ahmet Cagri Sever, deceased, by her Guardian ad Litem, Esra Sever.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESRA SEVER, individually, and as parent and natural guardian of her minor children, A.S. and B.S.; ESRA SEVER, Successor-in-Interest to, and Personal Representative of the Estate of Ahmet Cagri Sever, deceased; A.S., a minor, individually and as Successor-in-Interest to the Estate of Ahmet Cagri Sever, deceased, by her Guardian ad Litem Esra Sever; and B.S, a minor, individually and as Successor-in-Interest to the Estate of Ahmet Cagri Sever, deceased, by her Guardian ad Litem, Esra Sever.<br><br>Plaintiffs,<br><br>vs. | CASE NO.: 4:18-cv-00584 HSG<br><br>**STIPULATION RE DISMISSAL BETWEEN Plaintiff, ESRA SEVER, et al. as Successor-In-Interest to the Estate of Ahmet Cagri Sever (deceased) and**<br><br>**ICON AIRCRAFT, INC.; MATTHEW WOODRUFF, an individual; KURT PARKER, an individual, EDWARD ELLIS KARKOW as Personal Representative of the Estate of Jon Karkow (deceased)**<br><br>Filed: 1/26/2018 |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | ICON AIRCRAFT, INC.; MATTHEW WOODRUFF, an individual; KURT PARKER, an individual, EDWARD ELLIS KARKOW as Personal Representative of the Estate of Jon Karkow (deceased); and DOES 1 through 12,<br><br>Defendants. |

8  WHEREAS Plaintiffs, ESRA SEVER, individually, and as parent and natural guardian of
9  her minor children, A.S. and B.S.; ESRA SEVER, Successor-in-Interest to, and Personal
10 Representative of the Estate of Ahmet Cagri Sever, deceased; A.S., a minor, individually and as
11 Successor-in-Interest to the Estate of Ahmet Cagri Sever, deceased, by her Guardian ad Litem
12 Esra Sever; and B.S, a minor, individually and as Successor-in-Interest to the Estate of Ahmet
13 Cagri Sever, deceased, by her Guardian ad Litem, Esra Sever (collectively "Plaintiffs"), filed a
14 lawsuit arising out of the crash of an ICON AIRCRAFT, INC. ("ICON") A5 amphibious Light
15 Sport Aircraft (S-LSA), registration N184BA, serial number 00007 ("the Accident Aircraft") on
16 May 8, 2017 ("the Accident");

17 WHEREAS Defendants MATTHEW WOODRUFF ("WOODRUFF"), an individual,
18 KURT PARKER ("PARKER"), an individual, and EDWARD ELLIS KARKOW as Personal
19 Representative of the Estate of Jon Karkow (deceased) ("KARKOW"), have requested that
20 Plaintiff voluntarily dismiss, without prejudice, the claims against them in the pending lawsuit,
21 pursuant to Fed. R. Civ. P. 41;

22 WHEREAS counsel for the Plaintiffs and counsel for WOODRUFF, PARKER,
23 KARKOW have authority to enter into this Stipulation on behalf of their respective clients;

24 WHEREAS in consideration of Plaintiffs' dismissal without prejudice of Defendants
25 WOODRUFF, PARKER, and KARKOW;

26 **IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiffs and
27 Defendants ICON, WOODRUFF, and KARKOW:

28

1. Defendant ICON represents that it is not insolvent and it is covered by insurance in excess of $20,000,000 for the claims arising out of the Accident;

2. Defendant ICON represents that it is covered by insurance for the torts of its employees, agents and servants, including but not limited to the acts and/or omissions of MATTHEW WOODRUFF and JON KARKOW, in excess of $20,000,000, for the claims arising out of the Accident;

3. Defendant ICON agrees and stipulates that at the time of the Accident, MATTHEW WOODRUFF and JON KARKOW were employees, agents and/or servants of, and were acting for and/or on behalf of, ICON;

4. Defendant ICON stipulates and agrees that to the extent that any acts and/or omissions of MATTHEW WOODRUFF and/or JON KARKOW caused and/or contributed to the Accident, such acts and/or omissions occurred during the course and scope of their respective employment and/or agency with ICON;

5. Defendant ICON agrees and stipulates that at the time of the Accident, ICON, its employees, agents and servants were the operators of the Accident Aircraft;

6. Defendant ICON agrees and stipulates that at the time of the Accident, ICON had possession and control of the Accident Aircraft and paid for all its operating expenses, including fuel, crew, maintenance, and insurance;

7. Defendant ICON agrees and stipulates that at the time of the Accident, ICON controlled the Accident Aircraft itinerary, flight plan, and destinations (including flight profiles, take- off and landing locations);

8. Defendant ICON AIRCRAFT, INC. agrees and stipulates that to the extent that any acts and/or omissions of MATTHEW WOODDRUFF, JON KARKOW, and/or KURT PARKER caused and/or contributed to the crash of the Accident Aircraft on May 18, 2017, ICON AIRCRAFT, INC. is jointly and severally liable for such acts and/or omissions to the extent authorized by California law;

9. Defendant ICON agrees and stipulates that to the extent that any acts and/or omissions of MATTHEW WOODDRUFF, JON KARKOW, and/or KURT PARKER caused

and/or contributed to the Accident, ICON is vicariously liable and/or contractually liable for such acts and/or omissions;

10. Defendant ICON waives any defenses pursuant to Fed. R. Civ. P. 19 and Fed. R. Civ. P. 20, and stipulates that it will not raise any defenses for failure to join WOODDRUFF, KARKOW, and/or PARKER as necessary or indispensable parties;

11. Defendants ICON and KURT PARKER agree and stipulate to waive any defenses pursuant to 46 U.S.C. §§ 30501 – 30512.

12. ICON, PARKER, WOODRUFF and KARKOW, agree that if it is required as a matter of law that PARKER, WOODRUFF and/or KARKOW be named as a party to this action by the named plaintiffs herein, that they hereby stipulate to waive any statute of limitation defenses in any subsequent filing of a complaint (and/or stipulation to add one or more of these persons as a defendant) by said plaintiffs arising out of the Accident. However, Plaintiffs agree that any settlement of Plaintiffs' claims arising from the Accident will extinguish all claims and liability for ICON, PARKER, WOODRUFF and KARKOW subject to a mutually agreeable settlement agreement and release of all claims. ICON, PARKER, WOODRUFF and KARKOW shall be included as releasees on any such settlement agreement. Further, any dismissal with prejudice of ICON or any final verdict against ICON will serve to satisfy all claims and liability for PARKER, WOODRUFF and KARKOW;

13. In exchange and in consideration for the stipulations and agreements in paragraphs 1 – 12 above, Plaintiffs agree to dismiss *without prejudice*, the claims against Defendants WOODRUFF, PARKER, and KARKOW;

14. The claims against Defendant ICON will proceed and remain in this action.

| | | |
|---|---|---|
| 1 | Dated: June 4, 2018 | CONDON & FORSYTH LLP |
| 2 | | |
| 3 | | By: /s/ David J. Harrington |
| 4 | |     DAVID J. HARRINGTON |
| 5 | |     SCOTT D. CUNNINGHAM<br>    IVY L. NOWINSKI |
| 6 | |     Attorneys for Defendants<br>    ICON AIRCRAFT, INC., ESTATE OF JON |
| 7 | |     KARKOW, MATTHEW WOODRUFF,<br>    AND KURT PARKER |
| 8 | Dated: June 4, 2018 | NELSON & FRAENKEL LLP |
| 9 | | DANKO MEREDITH APC |
| 10 | | |
| 11 | | By: /s/ Nicole Andersen |
| 12 | |     STUART FRAENKEL |
| 13 | |     NICOLE ANDERSEN<br>    Attorneys for Plaintiff |
| 14 | |     ESRA SEVER, individually and on behalf of<br>    A.S. and B.S. and the Estate of Ahmet Cagri |
| 15 | |     Sever |

**ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that individual defendants Matthew Woodruff, Kurt Parker, and the Estate of Jon Karkow, by and through its personal representative Edward Ellis Karkow, are hereby dismissed from this action, without prejudice.

Date: June 6, 2018

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge