Michael S. Danko (State Bar No. 111359
Claire Y. Choo (State Bar No. 252723)
**DANKO MEREDITH, APC**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, CA 94065
Tel: 650-453-3600
Fax: 650-394-8672
Email: mdanko@dankolaw.com

Stuart R. Fraenkel (State Bar No. 173991)
Carlos F. Llinás Negret (State Bar No. 284746)
Nicole C. Andersen (State Bar No. 281218)
**NELSON & FRAENKEL LLP**
707 Wilshire Boulevard, Suite 3600
Los Angeles, CA 90017
Tel.: 213-622-6469
Fax: 213-622-6019
Email: stuart@nflawfirm.com

*Attorneys for Plaintiffs ESRA SEVER,* individually, and as parent and natural guardian of her minor children, A.S. and B.S.; *ESRA SEVER,* Personal Representative of the Estate Ahmet Cagri Sever, deceased; A.S., a minor, individually and as Successor-in-Interest to the Estate of Ahmet Cagri Sever, deceased, by her Guardian ad Litem Esra Sever; and B.S., a minor, individually and as Successor-in-Interest to the Estate of Ahmet Cagri Sever, deceased, by her Guardian ad Litem, Esra Sever.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESRA SEVER, individually, and as parent and natural guardian of her minor children, A.S. and B.S.; ESRA SEVER, Successor-in-Interest to, and Personal Representative of the Estate of Ahmet Cagri Sever, deceased; A.S., a minor, individually and as Successor-in-Interest to the Estate of Ahmet Cagri Sever, deceased, by her Guardian ad Litem Esra Sever; and B.S, a minor, individually and as Successor-in-Interest to the Estate of Ahmet Cagri Sever, deceased, by her Guardian ad Litem, Esra Sever.<br><br>        Plaintiffs,<br><br>  vs. | CASE NO.: 4:18-cv-00584-HSG<br><br>**ORDER**<br><br>Filed:  1/26/2018 |

1

ICON AIRCRAFT, INC.; MATTHEW
WOODRUFF, an individual; KURT PARKER,
an individual, EDWARD ELLIS KARKOW as
Personal Representative of the Estate of Jon
Karkow (deceased); and DOES 1 through 12,

Defendants.

The Court, having considered the parties Revised Stipulated Request for Time to Conduct Jurisdictional Discovery, and for an Order Continuing the Deadline for Case Management Statement, Case Management Conference, and Briefing Schedule and Hearing Date on Defendant Icon Aircraft Inc.´s Motion to Dismiss, and for good cause appearing:

IT IS ORDERED:

1.     The Plaintiffs shall be allowed to conduct jurisdictional discovery in the manner and pursuant to the schedule set forth in the parties' stipulation, through August 17, 2018.

2.     The new deadline for Plaintiffs to file their response in opposition to ICON's Motion shall be August 24, 2018.

3.     If Plaintiffs seek to introduce extrinsic evidence or expert declarations from their own expert(s) in support of their jurisdictional arguments, ICON may then take appropriate written discovery of Plaintiffs and/or their experts and take depositions as necessary.  Any such discovery must be completed by September 24, 2018.

4.     The new deadline for Defendant ICON to file its reply brief in support of its Motion shall be October 4, 2018.

5.     The hearing on ICON's Motion shall be continued until October 25, 2018.

6.     The Initial Case Management Conference presently set for July 18, 2018, and all associated deadlines, including the deadline for the parties to exchange initial disclosures pursuant

2

to the requirements of Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure, will be taken off calendar pending resolution of ICON's motion to dismiss.

DATED this 21st day of June, 2018.

Hon. Haywood S Gilliam, Jr.