| | |
|---|---|
| 1 | MICHAEL S. DANKO, SBN 111359 |
| | mdanko@dankolaw.com |
| 2 | KRISTINE K. MEREDITH, SBN 158243 |
| | kmeredith@dankolaw.com |
| 3 | CLAIRE Y. CHOO, SBN 252723 |
| | cchoo@dankolaw.com |
| 4 | **DANKO MEREDITH** |

MICHAEL S. DANKO, SBN 111359
mdanko@dankolaw.com
KRISTINE K. MEREDITH, SBN 158243
kmeredith@dankolaw.com
CLAIRE Y. CHOO, SBN 252723
cchoo@dankolaw.com
**DANKO MEREDITH**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, CA 94065
Telephone: (650) 453-3600
Facsimile: (650) 394-8672

STUART R. FRAENKEL, SBN 173991
stuart@nflawfirm.com
**NELSON & FRAENKEL LLP**
707 Wilshire Blvd., Suite 3600
Los Angeles, CA 90017
Telephone: (213) 622-6469
Facsimile (213) 622-6019

Attorneys for Petitioner
ALP SEVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETITION OF ALP SEVER | Case No. 3:18-cv-00584 |
| | **ALP SEVER'S PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Petitioner states as follows:

1. I am a minor of the age of 5 years, born November 18, 2012.

2. I am about to commence an action in this court against ICON AIRCRAFT, INC, the aircraft manufacturer, and KURT PARKER, the owner and pilot of the aircraft, for the wrongful death of my father Cagri Sever.

3. I have made no previous petition for appointment of a guardian ad litem in this matter.

4. Esra Sever is my mother. Her address is 3841 Millpond Lane, Ann Arbor, Michigan

1

48108 and she is a competent and responsible person, and fully competent to act as my guardian ad litem.

5. Esra Sever is willing to act as guardian ad litem for petitioner, as appears by her consent attached hereto.

WHEREFORE, petitioner moves the court for an order appointing Esra Sever as guardian ad litem of petition for the purpose of bringing action against ICON AIRCRAFT, INC. and KURT PARKER on the claim hereinabove stated.

DATED: January 16, 2018

**DANKO MEREDITH**

By: /s/ Michael S. Danko
Michael S. Danko
Attorneys for Petitioner

### CONSENT OF NOMINEE

I, Esra Sever, the nominee of the Petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

DATED: January 15, 2018

/s/ Esra Sever

### ORDER

The petition for an order appointing Esra Sever as guardian ad litem for petitioner is GRANTED. IT IS SO ORDERED

DATED: 8/15/2018

/s/ Haywood S. Gilliam, Jr.
United States District Court Judge

2

ALP SEVER'S PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM