Michael S. Danko (State Bar No. 111359)
Claire Y. Choo (State Bar No. 252723)
**DANKO MEREDITH, APC**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, CA 94065
Tel: 650-453-3600
Fax: 650-394-8672
Email: mdanko@dankolaw.com

Stuart R. Fraenkel (State Bar No. 173991)
Carlos F. Llinás Negret (State Bar No. 284746)
Nicole C. Andersen (State Bar No. 281218)
**NELSON & FRAENKEL LLP**
707 Wilshire Boulevard, Suite 3600
Los Angeles, CA 90017
Tel.: 213-622-6469
Fax: 213-622-6019
stuart@nflawfirm.com
cllinas@nflawfirm.com
nandersen@nflawfirm.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESRA SEVER, individually, and as parent and natural guardian of her minor children, A.S. and B.S.; ESRA SEVER, Successor-in-Interest to, and Personal Representative of the Estate of Ahmet Cagri Sever, deceased; A.S., a minor, individually and as Successor-in-Interest to the Estate of Ahmet Cagri Sever, deceased, by her Guardian ad Litem Esra Sever; and B.S, a minor, individually and as Successor-in-Interest to the Estate of Ahmet Cagri Sever, deceased, by her Guardian ad Litem, Esra Sever.<br><br>    Plaintiffs,<br><br> vs.<br><br><br>ICON AIRCRAFT, INC.;<br><br>    Defendant | CASE NO.: 4:18-cv-00584-HSG<br><br>**ORDER**<br><br>Filed: 1/26/2018 |

**1**     The Court, having considered the parties Stipulated Request for Enlargement of Time to File Response Brief in Opposition to, and Reply Brief in Support of, Defendant ICON Aircraft's Motion to Dismiss (Dkt. 26) (hereinafter "the Motion"), and for good cause appearing:

IT IS ORDERED:

1. The deadline for Plaintiffs to file their response in opposition to the Motion is extended through Monday, August 27, 2018.

2. The deadline for ICON to file its reply brief in support of the Motion is extended through Monday, October 8, 2018.

3. The hearing on ICON's Motion to Dismiss shall remain October 25, 2018, at 2.00pm.

DATED this 24th day of August, 2018.

*Haywood S. Gilliam Jr.*
Hon. Haywood S Gilliam, Jr.