Scott D. Cunningham (State Bar No,: 200413)
Email: scunningham@condonlaw.com
Ivy L. Nowinski (State Bar No.: 268564)
Email: inowinski@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

- and -

David J. Harrington (Admitted *Pro Hac Vice*)
E-mail: dharrington@condonlaw.com
CONDON & FORSYTH LLP
7 Times Square, Suite 1800
New York, New York 10036
Telephone: (212) 490-9100
Facsimile: (212) 370-4453

Attorneys for Defendant
ICON AIRCRAFT, INC.

And counsel for Plaintiffs whose signatures appear below

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESRA SEVER, individually, and as parent and natural guardian of her minor children, A.S. and B.S., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ICON AIRCRAFT, INC.; MATTHEW WOODRUFF, an individual; KURT PARKER, an individual; EDWARD ELLIS KARKOW as Personal Representative of the Estate of Jon Karkow (deceased); and DOES 1 through 12,<br><br>Defendants. | Case No. 4:18-cv-00584-HSG<br><br>**STIPULATION FOR CONTINUANCE OF HEARING ON MOTION TO DISMISS AND RELATED MOTION TO STRIKE DECLARATION OF MICHAEL TURNER AND ORDER THEREON**<br><br>Old Date: October 25, 2018<br>New Date: November 29, 2018<br>Time: 2:00 p.m.<br>Place: Hon. Haywood S. Gilliam, Jr.<br>Ctrm. 2 – 4th Floor<br>1301 Clay Street<br>Oakland, California 94612 |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs and defendant Icon Aircraft, Inc. ("ICON"), by and through their counsel of record, that the hearing on the motion of ICON to dismiss plaintiffs' claims pursuant to Rules 12(b)(1), 12(h)(3) and 12(b)(6) of the Federal Rules of Civil Procedure, and the related motion of plaintiffs to strike the Declaration

of Michael Turner filed in support of ICON's motion, both of which are now scheduled for hearing on October 25, 2018, at 2:00 p.m., before the Honorable Haywood S. Gilliam, Jr., should be continued to November 29, 2018, at 2:00 p.m., in Courtroom 2 on the 4th Floor of the above-entitled courthouse at 1301 Clay Street, Oakland, California 94612.

The purpose of the continuance sought herein is to allow the parties to continue settlement negotiations.

**IT IS SO STIPULATED.**

Respectfully submitted by:

Dated: October 23, 2018   DANKO MEREDITH, APC and
NELSON & FRAENKEL, LLP


By:/s/ Stuart R. Fraenkel
STUART R. FRAENKEL
Attorneys for Plaintiffs
ESRA SEVER et al.

ATTESTED that all other signatories listed above, and on whose behalf this document is submitted, concur in its content and have authorized its filing.

Dated: October 23, 2018   CONDON & FORSYTH LLP


By:/s/ Ivy L. Nowinski
SCOTT D. CUNNINGHAM
IVY L. NOWINSKI
DAVID J. HARRINGTON
Attorneys for Defendant
ICON AIRCRAFT, INC

### ORDER

Pursuant to the foregoing stipulation of the parties,

**IT IS SO ORDERED.**

Dated: October 24, 2018

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge