Michael S. Danko (State Bar No. 111359)
mdanko@dankolaw.com
Claire Y. Choo (State Bar No. 252723)
cchoo@dankolaw.com
**DANKO MEREDITH, APC**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, CA 94065
Tel: 650-453-3600
Fax: 650-394-8672

Stuart R. Fraenkel (State Bar No. 173991)
stuart@nflawfirm.com
Carlos F. Llinás Negret (State Bar No. 284746)
cllinas@nflawfirm.com
**NELSON & FRAENKEL LLP**
707 Wilshire Boulevard, Suite 3600
Los Angeles, CA 90017
Tel.: 213-622-6469
Fax: 213-622-6019

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ESRA SEVER, individually, and as parent and natural guardian of her minor children, A.S. and B.S.; ESRA SEVER, Successor-in-Interest to, and Personal Representative of the Estate of Ahmet Cagri Sever, deceased; A.S., a minor, individually and as Successor-in-Interest to the Estate of Ahmet Cagri Sever, deceased, by her Guardian ad Litem Esra Sever; and B.S, a minor, individually and as Successor-in-Interest to the Estate of Ahmet Cagri Sever, deceased, by her Guardian ad Litem, Esra Sever.<br><br>Plaintiffs,<br>vs.<br><br>ICON AIRCRAFT, INC., et al.,<br><br>Defendants. | CASE NO.: 4:18-cv-00584-HSG<br><br>**PLAINTIFFS' AND DEFENDANT'S JOINT NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

1     Plaintiffs and Defendants jointly submit this notice to inform the Court that they have reached a resolution of the entire action and all causes of action.  The Parties are in the process of preparing the settlement documentation and Plaintiffs will file an application for approval of the compromise of this action which includes claims by minors.

    The Parties anticipate that the foregoing documents will be finalized and the minors' compromise application filed within 30 days.

    There is currently pending a motion to dismiss filed by the Defendant which motion is set for hearing on November 29, 2018.  The Parties respectfully request that the motion be taken off calendar.

Dated:  November 21, 2018

Respectfully submitted,
DANKO MEREDITH, APC
NELSON & FRAENKEL LLP

By   /S Stuart R. Fraenkel
    Stuart R. Fraenkel
    Carlos F. Llinás Negret
*Attorneys for Plaintiffs*

Dated:  November 21, 2018

Respectfully submitted,
CONDON & FORSYTH LLP

By   /S David Harrington
    David Harrington
    Ivy Nowinski
*Attorneys for Defendants*