Michael S. Danko (State Bar No. 111359)
mdanko@dankolaw.com
Claire Y. Choo (State Bar No. 252723)
cchoo@dankolaw.com
**DANKO MEREDITH, APC**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, CA 94065
Tel: 650-453-3600
Fax: 650-394-8672

Stuart R. Fraenkel (State Bar No. 173991)
stuart@nflawfirm.com
Carlos F. Llinás Negret (State Bar No. 284746)
cllinas@nflawfirm.com
Nicole C. Andersen (State Bar No. 281218)
nandersen@nflawfirm.com
**NELSON & FRAENKEL LLP**
601 So. Figueroa Street, Suite 2050
Los Angeles, CA 90017
Tel.: 213-622-6469
Fax: 213-622-6019

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ESRA SEVER, individually, and as parent and natural guardian of her minor children, A.S. and B.S.; ESRA SEVER, Successor-in-Interest to, and Personal Representative of the Estate of Ahmet Cagri Sever, deceased; A.S., a minor, individually and as Successor-in-Interest to the Estate of Ahmet Cagri Sever, deceased, by her Guardian ad Litem Esra Sever; and B.S, a minor, individually and as Successor-in-Interest to the Estate of Ahmet Cagri Sever, deceased, by her Guardian ad Litem, Esra Sever.<br><br>Plaintiffs,<br>vs.<br><br>ICON AIRCRAFT, INC., et al.,<br><br>Defendants. | CASE NO.: 4:18-cv-00584-HSG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION AND MOTION TO FILE RECORDS UNDER SEAL**<br><br>Date:   April 11, 2019<br>Time:  2:00 p.m.<br>Place:  Hon. Haywood S. Gilliam, Jr.<br>           Courtroom 2 – 4th Floor<br>           1301 Clay Street, Oakland, CA 94612 |

The matter having come on for hearing on April 11, 2019, and the Court having heard Plaintiffs' administrative motion to file records under seal. The Court having read and considered the memorandum, declaration, and other papers, pleadings and evidence submitted by the parties in connection with Plaintiffs' motion, and upon consideration of the foregoing and all of the papers, pleadings and files in this case, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiffs' administrative motion to file records under seal, is granted. The unredacted version of Plaintiff's Motion for an Order Approving the Compromise of the Claims of the Minor Plaintiffs A.S. and B.S. will be kept under seal, and the public version will redact the following information:

1. The minor Plaintiffs' first and last names (which have been identified only by an initial or redacted in part);
2. The minor Plaintiffs' dates of birth and ages;
3. The settlement amount;
4. The amount to be paid to fund the structure settlements for the minor Plaintiffs;
5. The amounts which the minors have received, or will receive from worker's compensation benefits;
6. Other information from which one could extrapolate the settlement amount received by the minor Plaintiffs, including the net recovery, the number from which attorneys' fees are calculated and the amount of fees and costs as well as the amount to be paid to Mrs. Sever;
7. The portions of the annuity agreements or addendum that contain any of the information listed in paragraphs 1 through 6 above;
8. Confidential medical information regarding the Plaintiffs;
9. The periodic payment schedules for the minors.

Dated: _____, 2019

_____
Hon. Haywood S. Gilliam, Jr.
U.S. District Judge