Michael S. Danko (State Bar No. 111359)
mdanko@dankolaw.com
Claire Y. Choo (State Bar No. 252723)
cchoo@dankolaw.com
**DANKO MEREDITH, APC**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, CA 94065
Tel: 650-453-3600
Fax: 650-394-8672

Stuart R. Fraenkel (State Bar No. 173991)
stuart@nflawfirm.com
Carlos F. Llinás Negret (State Bar No. 284746)
cllinas@nflawfirm.com
Nicole Andersen (State Bar No. 281218)
**NELSON & FRAENKEL LLP**
601 So. Figueroa Street, Suite 2050
Los Angeles, CA 90017
Tel.: 213-622-6469
Fax: 213-622-6019

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ESRA SEVER, individually, and as parent and natural guardian of her minor children, A.S. and B.S.; ESRA SEVER, Successor-in-Interest to, and Personal Representative of the Estate of Ahmet Cagri Sever, deceased; A.S., a minor, individually and as Successor-in-Interest to the Estate of Ahmet Cagri Sever, deceased, by her Guardian ad Litem Esra Sever; and B.S, a minor, individually and as Successor-in-Interest to the Estate of Ahmet Cagri Sever, deceased, by her Guardian ad Litem, Esra Sever.<br><br>        Plaintiffs,<br>  vs.<br><br>ICON AIRCRAFT, INC., et al.,<br><br>        Defendants. | CASE NO.: 4:18-cv-00584-HSG<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION REQUESTING AN EARLIER HEARING DATE FOR PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF THE COMPROMISE OF THE ACTION ON BEHALF OF THE TWO MINOR PLAINTIFFS** |

Having reviewed Plaintiffs' unopposed administrative motion to shorten time, and finding that good cause does appear, IT IS HEREBY ORDERED that:

1. Plaintiffs' Unopposed Administrative Motion for Order Requesting an Earlier Hearing Date on Plaintiffs' Unopposed Motion for Approval of the Compromise of the Action on Behalf of the Two Minor Plaintiffs is GRANTED.

2. Plaintiffs' Unopposed Motion for Approval of the Compromise of the Action on Behalf of the Two Minor Plaintiffs is advanced from April 11, 2019 to Janaury 31, 2019, at 2:00 p.m.

Dated: January 15, 2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge